## LAINO *v.* NEW YORK.

No. 992.   Decided June 10, 1963.

*Edward H. Levine* and *Vernon C. Rossner* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, and *Robert E. Fischer* and *Maxwell B. Spoont,* Special Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.